# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Donna J. Henke,

                Plaintiff,

                                          Civ. No. 09-2999 (RHK/SRN)
                                                **ORDER**

v.

Allina Health System, *et al.*,

                Defendants.

     This matter is before the Court on Plaintiff's Motion to Strike Defendant's Reply Brief (Doc. No. 22). Plaintiff having made no showing of any prejudice she has suffered from Defendant's "untimely" Reply brief, and the Court perceiving none, **IT IS ORDERED** that Plaintiff's Motion is **DENIED**.

Dated: February 26, 2010                                       s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge